JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP M. KELLEHER, JR. ) | CASE NO: CV10-00280 PA (OPx) |
| Plaintiff, ) | ORDER DISMISSING CASE WITH PREJUDICE |
| VS. ) | |
| CALIFORNIA STATE FIREFIGHTERS ) EMPLOYEE WELFARE BENEFIT ) LONG TERM DISABILITY PLAN ) AND STANDARD INSURANCE ) COMPANY, ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

DATED: May 7, 2010

_____
Hon. Percy Anderson
U.S. District Court Judge